1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MELVIN JOSEPH SIMMONS,                  Case No.  1:22-cv-01031-HBK (HC)

12                  Petitioner,              ORDER TRANSFERRING CASE TO THE
                                             CENTRAL DISTRICT OF CALIFORNIA
13          v.
                                             (Doc. No. 1)
14   KATHLEEN ALLISON, ET. AL.,

15                  Respondents.

16

17

18          Petitioner is proceeding on his petition for writ of habeas corpus filed pursuant to 28

19   U.S.C. § 2254.  (Doc. No. 1).  To the extent discernable, Petitioner challenges his state sentence

20   and conviction entered by the Superior Court of Los Angeles County in case number A917709.

21   (*Id*. at 4).  Los Angeles County is located within the jurisdiction and venue of the Western

22   Division of the United States District Court for the Central District of California.

23          Under 28 U.S.C. § 2241(d), jurisdiction is proper in the judicial district where the

24   petitioner was convicted or where the petitioner is incarcerated.  *See* 28 U.S.C. § 2241(d);

25   *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004).  However, "[f]or the convenience of parties and

26   witnesses, in the interest of justice, a district court may transfer any civil action to any other

27   district or division where it might have been brought."  28 U.S.C. § 1404(a).  Federal courts in

28   California generally hear petitions for writ of habeas corpus in the district of conviction.  *Favor v.*

1

1    *California*, No. 116-CV-01912-DAD-EPG-HC, 2017 WL 2671006, at \*1 (E.D. Cal. June 21,

2    2017) (*citing Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968)).

3        Thus, the court finds in its discretion "and in furtherance of justice" the petition should be

4    transferred to the Central District of California.  28 U.S.C. §§ 1404(a), 2241(d).  Further, the

5    Court declines to rule on Petitioner's pending motion for a temporary restraining order.  (Doc.

6    No. 2).

7       **Accordingly:**

8       1.  The Clerk shall transfer this action to the United States District Court for the Central

9    District of California, Western Division; and

10       2.  All future filings shall reference the new case number assigned and shall be filed at:

11

12          United States District Court
           Central District of California

13          Western Division
           255 East Temple Street

14          Los Angeles, CA 90012-3332

15

16    Dated:     September 26, 2022

17                              HELENA M. BARCH-KUCHTA
                             UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28